**Order filed, December 21, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00821-CR

_____

**MARIA  CORONA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 66522**

## ORDER

The reporter's record in this case was due **April 11, 2017**.  *See* Tex. R. App. P. 35.1.  On October 25, 2017, this court ordered the court reporter to file the record within 30 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Robin Rios**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.  No further extension will be

entertained absent exceptional circumstances.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Robin Rios** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM